**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-rj-00005

TRUSTEES OF THE NATIONAL AUTOMATIC SPRINKLER INDUSTRY WELFARE
FUND, *et al*.

v.

FIRE PROTECTION CONTRACTING, INC.

---

**ORDER DIRECTING DISBURSEMENT OF JUDGMENT DEBTOR'S FUNDS HELD**
**BY THE COURT REGISTRY TO THE PLAINTIFFS**

---

THIS MATTER comes before the Court upon Plaintiffs' Motion for Order Directing Disbursement of Judgment Debtor's Funds Held by the Court Registry To The Plaintiffs [Doc. No. 9, filed July 25, 2012]. The Court, having examined the Motion, as well as the pleadings and papers on file herein, makes the following findings and Order:

1. On or about April 29, 2011, the United States District Court for the District of Maryland entered judgment in favor of Plaintiffs and against Defendant, Fire Protection Contracting, Inc., in Civil Action No. PJM 10-2498 in the amount of $44,579.30.

2. On July 13, 2011, the United States District Court for the District of Maryland issued a Certification of Judgment for Registration in Another District.

3. On April 3, 2012, the Certification of Judgment of Registration in Another District was registered in the United States District Court for the District of Colorado, Civil Action No. 12-rj-00005.

4.      On June 7, 2012, the Clerk issued a Writ of Garnishment–Judgment Debtor Other Than Natural Person (hereinafter the "Writ"), for $44,579.30, plus $114.61 interest, and $35.00 taxable costs for service of the Writ in connection with the judgment, for a total of $44,728.91.

5.      On June 22, 2012, the Garnishee, Wells Fargo Bank, filed its Answer to the Writ stating that the Garnishee is holding $21,773.80 in an account belonging to Fire Protection Contracting, Inc.

6.      On June 28, 1012, Plaintiff filed a Motion For An Order Directing Garnishee to Deposit Judgment Debtor's Funds Into the Court Registry in the amount of $21,773.80 [Doc. No. 6].

7.      On July 10, 2012, the Court issued an Order granting Plaintiff's Motion For An Order Directing Garnishee to Deposit Judgment Debtor's Funds Into the Court Registry [Doc. No. 7].

8.      On July 17, 2012, the Court entered a receipt for $21,773.80, evidencing receipt of Judgment Debtor's funds received from Garnishee Wells Fargo Bank, Receipt 49018 [Doc. No. 8].

9.      In accordance with D.C.Colo.L.CivR. 67.2(D), because more than $10.00 in interest is to be disbursed, a completed IRS Form W-9 for each of the Plaintiffs was filed with the Court as a restricted document.

It is ORDERED that Plaintiff's Motion for Order Directing Disbursement of Judgment Debtor's Funds Held by the Court Registry To The Plaintiffs [9] is **GRANTED**.

It is ORDERED that the Registry of the Court shall disburse the entire amount of $21,773.80 currently being held by the Registry of the Court to the Plaintiffs, Trustees of the National Automatic Sprinkler Industry Welfare Fund, *et al*., at the following address:

> Trustees of the National Automatic Sprinkler Industry Welfare Fund, *et al.*
> c/o Michael J. Belo, Esq.
> Berenbaum Weinshienk PC
> 370 17th Street, Suite 4800
> Denver, CO 80202-5698

It is FURTHER ORDERED that The W-9s mentioned by Plaintiff in the motion and filed at Doc. No. 10 shall remain under restriction at Level 2.

Dated this 2nd day of August, 2012.

**BY THE COURT:**

_____
Kathleen M. Tafoya
United States Magistrate Judge